[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12238

Non-Argument Calendar

_____

STATE OF GEORGIA,

Plaintiff-Appellee,

*versus*

NADIRA A. PITTMAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-02385-TCB

_____

Before JORDAN, ROSENBAUM, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte,* for lack of jurisdiction. The district court's order remanding the action to Georgia state court for lack of federal subject matter jurisdiction is unreviewable on appeal. *See* 28 U.S.C. § 1447(c), (d) (providing that a district court shall remand any case in which it lacks subject matter jurisdiction to the state court from which it was removed, and such a remand order is not reviewable on appeal); *see also New v. Sports & Recreation, Inc.*, 114 F.3d 1092, 1095-96 (11th Cir. 1997).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.